**FILED**
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br>Alberto GOMEZ-Rivas,  <br>  Defendant. | Mag. Case No. '08 MJ 8359  <br>  COMPLAINT FOR VIOLATION OF  <br>  Title 8, U.S.C., Section 1326  <br>Deported Alien Found In the  <br>United States |

The undersigned complainant being duly sworn states:

On or about April 28, 2008, within the Southern District of California, defendant Alberto GOMEZ-Rivas, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29th DAY OF APRIL, 2008.

_____
PETER C. LEWIS
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

v.

Alberto GOMEZ-Rivas

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of Border Patrol Agent S. Villareal, that the Defendant, Alberto GOMEZ-Rivas was found and arrested on April 28, 2008, east of Calexico, California.

On April 28, 2008, at approximately 1:22 P.M., Agent M. Salgado was performing his assigned Border Patrol duties approximately 7.2 miles east of the Calexico Port of Entry east of Calexico, California. Agent Salgado observed foot sign just north of the International Boundary with Mexico headed north away from the border. Agent Salgado followed the sign north. Approximately three hundred yards north of this location, Agent Salgado encountered an individual, later identified as Alberto GOMEZ-Rivas, attempting to conceal himself in the brush. Agent Selgado identified himself to GOMEZ and questioned him. It was determined GOMEZ is a citizen of Mexico, illegally in the United States. GOMEZ was arrested and transported to the station.

Record checks of GOMEZ revealed he was previously ordered deported on February 13, 1996. Further record checks revealed GOMEZ has an extensive criminal record.

Agent Villareal witnessed Agent Iniguez read GOMEZ his right per Miranda. There is no evidence GOMEZ ever sought nor received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to re-enter the United States.